IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02166-BNB

LARRY JARAMILLO,
Applicant,

v.

WARDEN KEVIN MILYARD,
Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV - 7 2008

GREGORY C. LANGHAM
CLERK

---

ORDER DIRECTING APPLICANT TO FILE AMENDED PLEADING

---

Applicant, Larry Jaramillo, is a prisoner in the custody of the Colorado Department of Corrections at the Sterling Correctional Facility at Sterling, Colorado. Mr. Jaramillo has filed *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The court must construe the application liberally because Mr. Jaramillo is not represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the court should not be an advocate for a *pro se* litigant. *See Hall*, 935 F.2d at 1110. For the reasons stated below, Mr. Jaramillo will be ordered to file an amended pleading.

The court has reviewed the habeas corpus application and finds that it is deficient. The claims Mr. Jaramillo raises must be asserted in a habeas corpus action pursuant to 28 U.S.C. § 2254 rather than § 2241 because he is challenging the validity, and not the execution, of his conviction and sentence. Therefore, Mr. Jaramillo will be directed to file an amended pleading on the proper form for an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Mr. Jaramillo is reminded that he must allege specific facts in support of his claims to demonstrate that his federal constitutional rights have been violated. Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts requires that Mr. Jaramillo go beyond notice pleading. *See Blackledge v. Allison*, 431 U.S. 63, 75 n.7 (1977). He must allege specific facts to support each asserted claim. Naked allegations of constitutional violations are not cognizable under § 2254. *See Ruark v. Gunter*, 958 F.2d 318, 319 (10th Cir. 1992) (per curiam). Accordingly, it is

ORDERED that Mr. Jaramillo file **within thirty (30) days from the date of this order** an amended pleading on the proper form. It is

FURTHER ORDERED that the clerk of the court mail to Mr. Jaramillo, together with a copy of this order, two copies of the following form: Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. It is

FURTHER ORDERED that if Mr. Jaramillo fails within the time allowed to file an amended pleading as directed, the action will be dismissed without further notice.

DATED November 7, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02166-BNB

Larry Jaramillo
Prisoner No. 55120
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254** to the above-named individuals on 11/7/08

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk